IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ROSIE DOUGLAS                                                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 1:15-CV-00180-SA-DAS

WAL-MART STORES, INC.                                                                  DEFENDANT


**AGREED ORDER OF DISMISSAL**

THIS CAUSE having come before the Court on the joint *ore tenus* motion of Plaintiff, *Rosie Douglas and Wal-Mart Stores East, LP* and the Court being advised that these parties have compromised and settled their claims herein, and they desire the Court to dismiss said claims with prejudice, this Court is of the opinion that the motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims and the Complaint of Plaintiff Rosie Douglas is hereby dismissed with prejudice, with each side to bear their own costs of litigation.

SO ORDERED AND ADJUDGED this the 6th day of January, 2016.

                                                                          **/s/ Sharion Aycock**
                                                                          **U.S. DISTRICT JUDGE**